IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAUL ECONOMOU,

      Plaintiff,

vs.                                                                    Civ. No. 03-0405 MV/RLP

WELLS FARGO, OPERATING
ENGINEERS FEDERAL CREDIT UNION,
STANFORD FEDERAL CREDIT UNION,
CAL STATE 9 FEDERAL CREDIT UNION,
ANB-BP, VERISON WIRELESS and OSI
COLLECTION SERVICES,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendant Operating Engineers Federal Credit Union's Motion for Summary Judgment, filed August 18, 2004, **[Doc. No. 86]** and Defendant Citibank (South Dakota), N.A.'s Motion to Dismiss, filed August 18, 2004, **[Doc. No. 82]**. Plaintiff did not respond to either motion. Failure to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion. D.N.M.LR-Civ. 7.1(b). Furthermore, this result would not change if the Court were to reach the merits of the motions. The Court, which has previously ruled on several motions to dismiss and motions for summary judgment in this case, has reviewed the motions and finds that Defendant Citibank's motion demonstrates that there are fatal legal defects in Plaintiff's claims against it. Similarly, the undisputed facts set forth in Defendant Operating Engineers Federal Credit Union's ("OEFCU") motion demonstrate that OEFCU did not take an adverse action

against Plaintiff based on information in a consumer report and OEFCU is entitled to judgment as a matter of law on Plaintiff's remaining claim against it.

**IT IS THEREFORE ORDERED** that Defendant Operating Engineers Federal Credit Union's Motion for Summary Judgment, filed August 18, 2004, **[Doc. No. 86]**, and Defendant Citibank (South Dakota), N.A.'s Motion to Dismiss, filed August 18, 2004, **[Doc. No. 82]**, are hereby **GRANTED**.

Dated this 4th day of November, 2004.

_____
MARTHA VÁZQUEZ
U. S. DISTRICT COURT JUDGE

Plaintiff *pro se*

Attorney for Defendant OECFU:
    Daniel C. Opperman, Esq.

Attorney for Defendant Citbank:
    Robert M. St. John, Esq.
    Christopher M. Wolpert, Esq.